# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3008

_____

| | | |
|---|---|---|
| Darron Dean, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| John Ault, Warden; Scott Stevens, | * | Southern District of Iowa. |
| Counselor; Marty Rung, Unit Manager; | * | |
| Iowa Department of Corrections; Dave | * | [UNPUBLISHED] |
| DeGrange, Grievance Officer; Roger | * | |
| Larson, Treatment Director; Sheryl | * | |
| Lockwood, Assistant Deputy | * | |
| Director - Eastern Region, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: August 28, 2009
Filed: August 31, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Iowa inmate Darron Dean appeals the district court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 action for failure to exhaust administrative

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

remedies. We reviewed the district court's fact findings for clear error and its conclusions of law de novo, and conclude that dismissal was proper for the reasons stated by the district court. *See* 42 U.S.C. § 1997e(a) (no action shall be brought with respect to prison conditions until such administrative remedies as are available are exhausted)*; Johnson v. Jones*, 340 F.3d 624, 626 (8th Cir. 2003) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____